Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CARDOZO and CRANE, JJ. Absent: POUND, J.

SUSIE J. ALLENDORF, Respondent, *v.* THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Appeal — motion to dismiss appeal, without permission, from order affirming order which granted motion to amend judgment granted.*

*Allendorf* v. *Fidelity & Casualty Co.*, 214 App. Div. 757, appeal dismissed.

(Submitted October 5, 1925; decided October 13, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1925, which affirmed an order of the court at a Trial Term granting a motion to amend a judgment theretofore entered *nunc pro tunc.*

The motion was made upon the ground that an appeal did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Stewart F. Hancock* for motion.

*Charles A. Hitchcock* opposed.

Motion granted and appeal dismissed, with costs of appeal.

THE GENERAL SUPPLY AND CONSTRUCTION COMPANY, Appellant, *v.* ROBERT GOELET, Respondent, and THE UNIT CONCRETE STEEL FRAME COMPANY, Appellant, Impleaded with Others.

(Submitted October 5, 1925; decided October 13, 1925.)

MOTION to amend remittitur. (See 241 N. Y. 28.)

Motion granted. Return of remittitur requested and when returned the same to be deemed amended by providing that judgments of Appellate Division and of this court be modified so as to include to each appellant an extra allowance of five per cent on amount of its recovery.